IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MEDSCI DIAGNOSTIC, INC.

DEBTOR(S)

CASE NO. 10-04961　ESL

Chapter 11

ADVERSARY PROCEEDING 10-00094

MEDSCI DIAGNOSTIC, INC.

PLAINTIFF(S)

STATE INSURANCE FUND

DEFENDANT(S)

## ORDER SETTING PRE-TRIAL CONFERENCE AND LBR 7026(f) CONFERENCE
### CONTESTED MATTER

TO THE ATTORNEYS IN THE ABOVE CASE:

You are hereby notified that a pre-trial conference in the above captioned case will be held on OCT 29 2010 at 10:00AM at the US POST OFFICE & COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR. This conference will be governed by Rule 7016 of the Federal Rules of Bankruptcy Procedure and Rules 7016-1, 7026-1 and 9014-1 of the Puerto Rico Local Bankruptcy Rules (LBR).

IT IS ORDERED that each party be represented by the attorney who expects to conduct the actual trial and that each attorney be familiar with the Local Bankruptcy Rules.

IT IS FURTHER ORDERED that failure to comply with this order setting the pre-trial conference and discovery conference may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

In San Juan, Puerto Rico, this 9th day of JUNE 2010



ENRIQUE S LAMOUTTE
U.S. BANKRUPTCY JUDGE

By: _____