UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

### Hearing Information:

**Debtor**: MEDSCI DIAGNOSTICS INC
**Case Number**: 10-00094-ESL
**Date / Time / Room**: 6/18/2010 10:00 AM eslcrt2
**Bankruptcy Judge**: ENRIQUE S. LAMOUTTE
**Courtroom Clerk**: EVANGELINA MENDEZ
**Reporter / ECR**: LORI ANNIE RODRIGUEZ

**Chapter**:

### Matter:

Doc# 9 Urgent motion for turnover of property, injunction, and/or cease and desist order and/or extraordinary relief

### Appearances:

Rafael Gonzalez Velez, Esq - plaintiff ✓ Fajardo Muñoz
Jose C. Marini
Mauricio O. Muñiz

### Proceedings:

ORDER:

___ The parties are granted ___ days to conclude discovery.

___ The parties are granted ___ days to file dispositive motions. Replies are due ___ days thereafter.

___ The motion to dismiss/for summary judgment must be opposed within ___ days. Replies are due ___ days thereafter.

___ The parties are granted ___ days to file a settlement agreement.

___ The pretrial hearing is continued to: _____.

___ Trial is scheduled for _____.

___ Plaintiff shall show cause within ___ days from notice of this order why the complaint should not be dismissed for failure to appear at the instant pretrial.

___ Defendant shall show cause within ___ days from notice of this order why judgment should not be entered in favor of plaintiff for failure to appear at the instant pretrial.

X Other:
1.) Plaintiff will amend complaint to withdraw request for a jury trial.
2.) Court denies the request to dismiss the complaint on sovereign immunity grounds for reasons stated in open court.
3.) Court denies request to dismiss action on grounds that the contract is null and void for reasons stated in open court.
4.) Counsel for defendant presented SIF's General Counsel (M. Domenech) who proposed interim agreement, specifically that the terms of the contract will be complied with. Plaintiffs agreed.
5.) Transcript requested.

/s/ Enrique S. Lamoutte
U.S. Bankruptcy Judge