IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MEDSCI DIAGNOSTIC, INC.<br><br>Debtor | CASE NO.: 10-04961 (ESL)<br><br>CHAPTER 11 |
| MEDSCI DIAGNOSTIC, INC.<br><br>Plaintiff,<br>v.<br>STATE INSURANCE FUND CORPORATION through its Administrator ZOIMÉ ÁLVAREZ RUBIO, Esq.; JOHN DOE; RICHARD ROE; INSURANCE COMPANIES A, B AND C.<br><br>Defendants. | ADVERSARY NO.: 10-00094 (ESL)<br><br>RE: BREACH OF CONTRACT, SPECIFIC PERFORMANCE, INJUNCTION<br><br>PLAINTIFF DEMANDS TRIAL BY JURY<br><br>TORT |

## INFORMATIVE MOTION

**TO THE HONORABLE BANKRUPTCY COURT:**

COMES NOW the undersigned attorney and respectfully alleges and prays as follows:

We hereby respectfully inform the Court that we have been notified with copies of transcripts of the depositions of Mr. Carlos J. Ruíz Nazario, Mr. Ralph Vallone, Jr. and Mr. Osvaldo Carlo Linares. Which are certified as true and correct records with dates of certification being the sixth, ninth and tenth days of July, 2010, in that same order. On the same date we will request from Defendants that the originals be supplied to be revised and signed as may be proper.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 13th day of July, 2010.

I hereby certify that on July 13th, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/S/Rafael González Vélez
Rafael González Vélez
USDC No. 124311
1806 Calle McLeary
Suite 1-B - Ocean Park
San Juan, Puerto Rico 00911
E-mail: rgvlo@prtc.net
Tel. 787-726-8866
Fax 787-726-8877