IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>MEDSCI DIAGNOSTICS INC<br><br>Debtor(s)<br>MEDSCI DIAGNOSTICS INC<br>Plaintiff<br>STATE INSURANCE FUND CORPORATION<br>Defendant(s) | CASE NO. 10-04961 ESL<br>CHAPTER 11<br>ADVERSARY NO. 10-00094 ESL<br><br>FILED & ENTERED ON 07/27/2010 |

### ORDER

The motion to inform filed by Plaintiff (docket entry #63) is hereby granted and the information is noted.

SO ORDERED.

San Juan, Puerto Rico, this 27 day of July, 2010.

Enrique S. Lamoutte Inclan
U.S. Bankruptcy Judge

CC:   DEBTOR(S)
      RAFAEL GONZALEZ VELEZ
      ONEILL & BORGES
      LUIS C MARINI BIAGGI
      MAURICIO O MUNIZ LUCIANO