IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

MEDSCI DIAGNOSTICS, INC.   : CIVIL CASE 10-    (   )

    Debtor

_____

MEDSCI DIAGNOSTICS, INC.

    Debtor-plaintiff      : IN RE:

    VS                    : BCY CASE NO. 10-04961 (ESL)
                              : CHAPTER 11

STATE INSURANCE FUND CORPORATION  : ADV. PROC. NO. 10-0094 (ESL)

    Defendant
_____

TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO:

Transmitted herewith is:

____ The Notice of Appeal together with a certified copy of the docket and the record except for those items specified below which have not been timely filed:

    ____ 1. Statement of Issues not filed

    ____ 2. Designation of Record not filed

    ____ 3. Transcript not filed

    ____ 4. Copies of items not designated as the record have not been furnished. The time for filing these items has passed and the appeal file is being transmitted with recommendations that the appeal be dismissed for want of prosecution.

__X__ Notice of Appeal and Motion for Leave to Appeal and any answer(s) thereto. Pursuant to Bankruptcy Rule 8003(b) the motion and any answers shall be submitted without oral argument unless otherwise ordered.

____ Motion for withdraw of reference from Bankruptcy Court pursuant to 28 U.S.C. Section 157(d) and Bankruptcy Rule 5011(a).

____ Proposed findings of fact and conclusions of law and any objections and responses thereto, submitted to District Court pursuant to 28 U.S.C. Section 157(c)(1) and Bankruptcy Rule 9033.

1   \_\_\_\_ Report and Recommendations of the Bankruptcy Judge and any objections thereto for disposition of the following specified matter:

2

3      \_\_\_\_ 1. Motion for Abstention pursuant to Bankruptcy Rule 5011(b)

4

5      \_\_\_\_ 2. Motion for Remand pursuant to Bankruptcy Rule 9027(e)

6   **X** OTHER:

7      1. Copy of Opinion by Hon. Enrique S. Lamoutte, dated November 24, 2010 denying defendant SIF's motion for reconsideration, and declaring that the contract between the debtor-plaintiff and SIF is not null and void (dkt. #148)

8

9

10      2. Bench order dated June 18, 2010 declaring among things, denying SIF's request (dkt. #29)

11      3. Transcript of June 18, 2010 hearing (dkt. #53)

12      4. Copy of complete adversary proceeding docket

13

14 DATED: December 16, 2010

15                                      CELESTINO MATTA MENDEZ
CLERK OF THE COURT

16

17                                      By: _____

18                                             Lillian Morales
Case Manager

19

20

21

22

23

24

25

26

1

2       I hereby by certify that I have forwarded, via CM/ECF, a copy of the transmittal to the following parties:

3

4   **MEDSCI DIAGNOSTICS, INC.**
    COND. SON SID, SUITE 1
    SAN JUAN, PR 00907

5

6   **RAFAEL GONZALEZ VELEZ, ESQ.**
    USDC #124311
    1806 CALLE MCLEARY
7   SAN JUAN, PR 00911
    TEL-787-726-8866
    FAX-787-726-8877
8   Email: rgvlo@prtc.net

9
    **MAURICIO O. MUÑIZ, ESQ.**
10  USDC #220914
    250 MUÑOZ RIVERA AVE, STE 800
    SAN JUAN, PR 00918-1813
11  TEL-787-764-8181
    FAX-787-753-8944
12  Email: mauricio.muniz@oneillborges.com

13
    **MONSITA LECAROZ, ESQ.**
    Office of the US Trustee
14  Edificio Ochoa
    500 Tanca Street, Suite 301
15  San Juan, PR 00901-1922
    Email: ustpregion21.hr.ecf@usdoj.gov
16

17                                              Lillian Morales
                                                Case Manager
18

19

20

21

22

23

24

25

26