# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**MEDSCI DIAGNOSTICS INC.,**<br><br>Debtor | Chapter 11<br><br>Case No.: 10-04961 (ESL) |
| **MEDSCI DIAGNOSTICS, INC.**<br><br>Debtor-Plaintiff<br><br>vs.<br><br>**STATE INSURANCE FUND CORPORATION**<br><br>Defendant. | Adversary Proceeding<br><br>Case No.: 10-00094 (ESL) |

## APPELLANT ELECTION FORM

Appeal from an Order of U.S. Bankruptcy Court, District of Puerto Rico dated <u>December 23, 2010</u>, Docket No. <u>173</u>.

| APPELLANT (S)<br><br>**STATE INSURANCE FUND CORPORATION** | APPELLEE(S)<br><br>**MEDSCI DIAGNOSTICS, INC.** |
|---|---|
| Attorney<br><br>Mauricio O. Muñiz<br>María Celeste Colberg<br>**O'NEILL & BORGES**<br>250 Avenida Muñoz Rivera, Suite 800<br>San Juan, PR 00918-1813<br>Tel.  (787) 764-8181<br>Fax.  (787) 753-8944<br>Email  mauricio.muniz@oneillborges.com<br>Email  maria.colberg@oneillborges.com | Attorney<br><br>Rafael González Vélez<br>1806 Calle McLeary Suite 1-B<br>Ocean Park<br>San Juan, PR 00911-1321<br>Tel.  (787) 726-8866<br>Fax.  (787) 726-8877<br>Email  rgvlo@prtc.net |

____ I elect to have this appeal heard by the Bankruptcy Appellate Panel for the First Circuit.

√ I elect to opt out of the Bankruptcy Appellate Panel for the First Circuit and request that this appeal be heard by the United States District Court for the District of Puerto Rico.

By: _____          Dated: <u>January 5, 2011</u>
Mauricio O. Muñiz-Luciano
USDC-PR No. 220914