# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Chapter 11 |
| **MEDSCI DIAGNOSTICS INC.,** | Case No.: 10-04961 |
| Debtor | |
| **MEDSCI DIAGNOSTICS, INC.** | Adversary Proceeding |
| Debtor-Plaintiff | Case No.: 10-00094 |
| vs. | |
| **STATE INSURANCE FUND CORPORATION** | |
| Defendant. | |

## MOTION TO INFORM PAYMENT

TO THE HONORABLE ENRIQUE S. LAMOUTTE,
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, the State Insurance Fund Corporation (the "SIF"), through its undersigned counsel, and informs as follows:

1. On June 21, 2011, MEDSCI Diagnostics, Inc. ("MEDSCI") filed a motion stating that, as of that date, the alleged gross amount of $321,249.00 was owed for more than 40 working days. Docket No. 271.

2. On June 24, 2011, the SIF paid MESDCI the gross amount of **$452,926.00** (**$421,221.92 net**), substantially more ($131,000.00 more) than the amount claimed by MEDSCI at Docket No. 271. With this payment of last week, MESDCI has been paid the gross amount of

**$1,984,500.00** from February 2011 through today, and **over $4.294 million (gross) since the inception of this case** (in the past calendar year).

**WHEREFORE**, the State Insurance Fund Corporation respectfully requests that this Honorable Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 29th day of June, 2011.

It is certified that on this same date, a true copy of the foregoing was filed through the Court's CM/ECF system, which will generate a notice to all CM/ECF participants in this case.

**O'NEILL & BORGES**
*Attorneys for the State Insurance Fund Corporation*
250 Muñoz Rivera Ave., Ste. 800
San Juan, PR  00918-1813
Telephone: 787-764-8181
Fax: 787-753-8944

By: s/Mauricio O. Muñiz-Luciano
      Mauricio O. Muñiz-Luciano
      USDC No. 220914
      mauricio.muniz@oneillborges.com

2